**Dismissed and Opinion Filed August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00853-CV

### CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN, Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00396**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, Lang-Miers
Opinion by Justice Bridges

This is an appeal from a trial court order granting, pursuant to Texas Rule of Civil Procedure 736.8, the application for a home equity foreclosure order. *See* TEX. R. CIV. P. 736.8. Appellee moves to dismiss the appeal on the ground that such an order is not appealable. *See id.* 736.8(c). Though given time to respond to appellee's motion, appellants have failed to do so.

Rule 736.8(c) specifically provides that an order granting the application for a home equity foreclosure order is not subject to appeal and must be challenged in a separate, original proceeding. *Id.* Because appellants challenge an unappealable order, we grant the motion and dismiss the appeal for want of jurisdiction. *Id.*; *see also* TEX. R. APP. P. 42.3(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

140583F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN, Appellants

No. 05-14-00853-CV     V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-00396.
Opinion delivered by Justice Bridges. Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Federal National Mortgage Association recover its costs, if any, of this appeal from appellants Craig S. Pittman and Kelly Koncak Pittman.

Judgment entered August 26, 2014